FILED

JAN - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOVARTIS VACCINES AND DIAGNOSTICS, INC.
4560 Horton Street
Emeryville, California 94605,

    Plaintiff,

v.

INSTITUT PASTEUR
25-28 rue de Dr. Roux
75015 Paris, France

and

CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE
3 rue Michel-Ange
75794 Paris, France,

    Defendants.

No.

CASE NUMBER   1:07CV00034

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 01/⬛/2007

**COMPLAINT FOR REVIEW OF INTERFERENCE DETERMINATION
PURSUANT TO 35 U.S.C. SECTION 146**

Plaintiff Novartis Vaccines and Diagnostics, Inc. (formerly, Chiron Corporation) through its undersigned attorneys, as and for its Complaint against Defendants Institut Pasteur and Centre Nationale de la Recherche Scientifique alleges as follows:

**NATURE OF ACTION**

1.  This is an action under 35 U.S.C. § 146 to review a decision of the Board of Patent Appeals and Interferences (the "Board") of the United States Patent and Trademark Office ("PTO") in a patent interference. Specifically, this action seeks review of the Decision on Preliminary Motions (Paper 67), dated September 1, 2006, the Decision on Luciw Request for

Rehearing (Paper 75), dated December 4, 2006, and the Judgment (Paper 76), dated December 4, 2006, entered by the Board in Patent Interference No. 105,289 ("the '289 Interference"). Pursuant to 35 U.S.C. § 146, the time period for filing a civil action for remedy regarding these determinations ends on February 2, 2007. This complaint, therefore, is timely filed.

## JURISDICTION AND VENUE

2.  This Court has subject matter jurisdiction of this action under 28 U.S.C. §§ 1331 & 1338 and 35 U.S.C. § 146. This Court has personal jurisdiction over Defendant Institut Pasteur and Defendant Centre Nationale de la Recherche Scientifique pursuant to 35 U.S.C. § 146. Venue is proper in this district under 28 U.S.C. §§ 1391(d) and 35 U.S.C. § 146.

## PARTIES

3.  Plaintiff Novartis Vaccines and Diagnostics, Inc. ("NOVAD") is a Delaware corporation with a principal place of business at 4560 Horton Street, Emeryville, California 94608.

4.  On information and belief, defendant Institut Pasteur ("IP") is a private foundation established under the laws of France, with headquarters at 25-28 rue de Dr. Roux, 75015 Paris, France.

5.  On information and belief, defendant Centre Nationale de la Recherche Scientifique ("CNRS") is a public research organization formed under the French Ministry of Research, with headquarters at 3 rue Michel-Ange, 75794 Paris, France.

## THE PATENT INTERFERENCE

6.  NOVAD is the owner of the entire right, title and interest in and to U.S. Patent No. 6,531,276 (issued March 11, 2003) ("the Luciw '276 patent"), entitled "Methods for Detecting Human Immunodeficiency Virus Nucleic Acid." The patent was issued from an application 08/403,588 filed on March 14, 1995. The named inventors are Paul L. Luciw and Dino Dina (collectively referred to as "Luciw, et al.").

7. On information and belief, IP and CNRS are the owners of the entire right, title and interest in and to the inventions disclosed in U.S. Patent Application No. 07/999,410 (filed December 31, 1992) ("the Alizon '410 application"), entitled "Cloned DNA Sequences, Hybridizable with Genomic RNA of Lymphadenopathy-Associated Virus (LAV)." The named inventors of this application are Marc Alizon, Françoise Barre Sinoussi, Pierre Sonigo, Pierre Tiollais, Jean-Claude Chermann, Luc Montagnier, and Simon Wain-Hobson (collectively referred to as "Alizon, et al.").

8. On February 28, 2005 the Board declared and instituted the '289 Interference between the Luciw '276 patent and the Alizon '410 application, based on subject matter defined by a single count, Count 1.

9. The Board held that the claims of the parties corresponding to Count 1 of the '289 Interference are claims 1-45 of the Luciw '276 patent and claims 44-46, 48 & 49 of the Alizon '410 Application.

10. On September 1, 2006, the Board issued a Decision on Preliminary Motions (Paper 67) that erroneously denied Luciw, et al.'s two preliminary motions. The Board erroneously denied Luciw, et al.'s motion that for purposes of establishing priority, Alizon, et al. should not be afforded benefit of three earlier filed patent applications: application no. 06/558,109, filed in the United States on December 5, 1983; application no. 84/7005, filed in South Africa on September 6, 1984; and application no. 443,605 filed in Canada on December 19, 1983, because the applications fail to describe and enable a constructive reduction to practice of an embodiment within the scope of Count 1 (Motion 1). The Board also erroneously denied Luciw, et al.'s motion to designate claims 2-4 and 7-45 of the Luciw '276 patent as not corresponding to Count 1 (Motion 2).

11. On December 4, 2006, the Board issued a Decision on Luciw Request for Rehearing (Paper 75) that erroneously denied Luciw, et al.'s request for reconsideration of the Board's denial of Luciw, et al.'s Motion 2 in the Decision on Preliminary Motions (Paper 67).

  12. On December 4, 2006, the Board issued and entered Judgment in the '289 Interference adverse to Luciw, et al., and favorable to Alizon, et al., which erroneously ordered, contrary to fact and law, that:

    a. Priority as to Count 1 be entered against Luciw, et al.; and

    b. Luciw, et al. is not entitled to claims 1-45 of the Luciw '276 patent.

  13. NOVAD, as a real party in interest, is dissatisfied with the determinations of the Board in the '289 Interference. The rulings and judgment of the Board in its Decision on Preliminary Motions, dated September 1, 2006, its Decision on Luciw Request for Rehearing, dated December 4, 2006, and its Judgment, dated December 4, 2006 in the '289 Interference were erroneous, and NOVAD is entitled to a judgment correcting the erroneous judgment and rulings of the Board, based on the record before the Board and any additional evidence that NOVAD may introduce in this action.

  14. NOVAD is furthermore entitled to priority of invention, as it was the first to invent the subject matter of Count 1 in the '289 Interference.

  WHEREFORE, NOVAD demands judgment that:

    A. The Board's Decision on Preliminary Motions, dated September 1, 2006, Decision on Luciw Request for Rehearing, dated December 4, 2006, and Judgment, dated December 4, 2006 in the '289 Interference be reversed and vacated;

    B. Alizon, et al. are not entitled to the benefit of the 06/558,109 Application, filed December 5, 1983, South Africa 84/7005 Application, filed September 6, 1984 and Canada 443,605 Application, filed December 19, 1983 because the applications fail to describe and enable a constructive reduction to practice of an embodiment within the scope of Count 1;

    C. Claims 2-4 and 7-45 of the Luciw '276 patent are designated as not corresponding to Count 1;

4

    D. Luciw, et al. are awarded priority as to Count 1 and are entitled to a patent containing claims embodying Count 1 and all claims in the interference corresponding to the Count;

    E. Alizon, et al. are not entitled to a patent on claims 44-46, 48 & 49 of the Alizon '410 Application.

    F. Costs and attorneys fees be awarded in favor of NOVAD against Defendants; and

    G. NOVAD is granted such other and further relief as may be appropriate.

Dated: January 5, 2007

By: _____
John P. Corrado (D.C. Bar No. 380948)
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W., Suite 5500
Washington, DC 20006-1888
Phone: (202) 887-1500

Attorneys for Plaintiff
Novartis Vaccines and Diagnostics, Inc.

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Novartis Vaccines and Diagnostics, Inc.   88888

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __88888__
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

Institut Pasteur and Centre Nationale de la Recherche Scientifique

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT __99999__
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
John P. Corrado, Esq.
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006-1888  202-887-1500

CASE NUMBER  1:07CV00034
JUDGE: Richard W. Roberts
DECK TYPE: General Civil
DATE STAMP: 01/5/2007

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF AND

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
- ☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

35 USC Section 146

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  ☐    DEMAND $    Check YES only if demanded in complaint    JURY DEMAND: ☐ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ☒ NO    If yes, please complete related case form.

DATE 01/05/07    SIGNATURE OF ATTORNEY OF RECORD

---

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.