**FILED**

JAN - 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOVARTIS VACCINES AND DIAGNOSTICS, INC.,

             Plaintiff,

v.

INSTITUT PASTEUR and CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE,

             Defendant.

Civil

CASE NUMBER  1:07CV00034

JUDGE: Richard W. Roberts

DECK TYPE: General Civil

DATE STAMP: 01/05/2007

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Novartis Vaccines and Diagnostics, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Novartis AG, a Swiss Corporation, which have any outstanding securities in the hands of the public: Novartis AG, a Swiss Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

D.C. Bar No. 380948                           Attorney of Record

                                              By: _____
                                                John P. Corrado,
                                                Morrison & Foerster LLP
                                                2000 Pennsylvania Ave., NW
                                                Washington, D.C. 20006-1888
                                                Telephone: 202.887.1500