UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOVARTIS VACCINES AND DIAGNOSTICS, INC.,

          Plaintiff,

v.

INSTITUT PASTEUR and CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE,

          Defendant.

Civil Action No. 1:07-cv-00034

## REVISED CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Novartis Vaccines and Diagnostics, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Novartis Vaccines and Diagnostics, Inc., which have any outstanding securities in the hands of the public: Novartis AG, a Swiss Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

D.C. Bar No. 380948

Attorney of Record

By: _____
John P. Corrado,
Morrison & Foerster LLP
2000 Pennsylvania Ave., NW
Washington, D.C. 20006-1888
Telephone: 202.887.1500