# United States District Court
# For the District of Columbia

NOVARTIS VACCINES AND
DIAGNOSTICS, INC.   )
      Plaintiff(s)   )   **APPEARANCE**
    )
    )
      vs.   )   CASE NUMBER   1:07CV00034 (RWR)
INSTITUTE PASTEUR and   )
CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE   )
    )
      Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   ARIE M. MICHELSOHN   as counsel in this
      (Attorney's Name)

case for:   INSTITUTE PASTEUR and CENTER NATIONALE DE LA RECHERCHE SCIENTIFIQUE
      (Name of party or parties)

May 17, 2007
Date

/Arie M. Michelsohn/
Signature

477275
BAR IDENTIFICATION

ARIE M. MICHELSOHN
Print Name
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 NEW YORK AVE, N.W.
Address
WASHINGTON, DC 20001
City    State    Zip Code
202-408-4000
Phone Number