CO-386-online
10/03

# United States District Court
# For the District of Columbia

)
)
)
)
)           Civil Action No._____
)
)
)
)
)

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for <u>Institute Pasteur and Centre Nationale de la Recherche Scientifique</u>   certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of <u>Institute Pasteur and Centre Nationale de la Recherche Scientifique</u>   which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/Arie M. Michelsohn/_____
Signature
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

_____          _____
BAR IDENTIFICATION NO.                  Print Name

                                        _____
Date: <u>May 17, 2007</u>                      Address

                                        _____
                                        City           State        Zip Code

                                        _____
                                        Phone Number