UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC.<br>4560 Horton Street<br>Emeryville, California 94605,<br><br>                    Plaintiff,<br><br>       v.<br><br>INSTITUT PASTEUR<br>25-28 Rue du Docteur Roux<br>75724 Paris, France<br><br>and<br><br>CENTRE NATIONALE DE LA RECHERCHE<br>SCIENTIFIQUE<br>3 Rue Michel-Ange<br>75794 Paris, France,<br><br>                    Defendants. | Case No.1:07CV00034 (RWR) |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

      Lara C. Kelley of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, pursuant to Local Rule 83.6 of the Local Rules of the United States District Court of the District of Columbia, respectfully petitions the Court for leave to withdraw her appearance on behalf of Defendant Institut Pasteur and Centre Nationale de la Recherche Scientifique.

      Arie M. Michelsohn of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, has entered his appearance on behalf of Institut Pasteur and Centre Nationale de la Recherche Scientifique.

2

Wherefore, the Petitioner moves the Court for an Order granting her leave to withdraw her appearance on behalf of Institut Pasteur and Centre Nationale de la Recherche Scientifique.

Respectfully requested,

INSTITUT PASTEUR AND CENTRE
NATIONALE DE LA RECHERCHE
SCIENTIFIQUE

By:   /s/ Lara C. Kelley

Lara C. Kelley, D.C. Bar #467837
Arie M. Michelsohn, D.C. Bar # 477275

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001-4403
Phone:  (202) 408-4000
Fax:  (202) 408-4400

Attorneys for Defendants

Dated:  June 1, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC.<br>4560 Horton Street<br>Emeryville, California 94605,<br><br>Plaintiff,<br><br>v.<br><br>INSTITUT PASTEUR<br>25-28 Rue du Docteur Roux<br>75724 Paris, France<br><br>and<br><br>CENTRE NATIONALE DE LA RECHERCHE<br>SCIENTIFIQUE<br>3 Rue Michel-Ange<br>75794 Paris, France,<br><br>Defendants. | Case No.1:07CV00034 (RWR) |

## [PROPOSED] ORDER GRANTING MOTION FOR
## LEAVE TO WITHDRAW APPEARANCE

This matter is before the Court on the Motion for Leave to Withdraw Appearance of Lara C. Kelley on behalf of Defendants Institut Pasteur and Centre Nationale de la Recherche Scientifique.

This Court, having considered said Motion, and being otherwise duly advised in the premises, now GRANTS the Motion.

3

IT IS, THEREFORE, ORDERED, that the appearance of Lara C. Kelley on behalf of Institut Pasteur and Centre Nationale de la Recherche Scientifique is hereby withdrawn.

_____
Richard W. Roberts, Judge
United States District Court for the
District of Columbia

Service List:

John Paul Corrado
Morrison & Foerster LLP
2000 Pensylvania Ave., NW
Washington, D.C. 20006
jcorrado@mofo.com

Arie M. Michelsohn
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, D.C. 20001
arie.michelsohn@finnegan.com

Lara C. Kelley
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, D.C. 20001
lara.kelley@finnegan.com