# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOVARTIS VACCINES AND DIAGNOSTICS, INC.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**INSTITUT PASTEUR and CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE,**<br><br>**Defendant.** | Civil Action No. 1:07-cv-00034-RWR |

## MOTIONS FOR ADMISSION *PRO HAC VICE* OF
## RACHEL KREVANS AND MATTHEW I. KREEGER

I, John P. Corrado, a member in good standing of the Bar of the District of Columbia and admitted to practice before this Court, respectfully move this Court, pursuant to Local Rule 83.2(d), to permit attorneys Rachael Krevans and Matthew I. Kreeger to participate as counsel *pro hac vice* for plaintiff Novartis Vaccines and Diagnostics, Inc. in the above-captioned matter. In support thereof, I state the following:

1. I am a partner with the firm of Morrison & Foerster, LLP and acquainted with Ms. Krevans and Mr. Kreeger.

2. Ms. Krevans and Mr. Kreeger are partners in the San Francisco office of Morrison & Foerster, LLP, located at 425 Market Street, San Francisco, California, 94105.

4. Ms. Krevans and Mr. Kreeger are fully familiar with the facts and proceedings in this matter.

5. Ms. Krevans is a member in good standing of the bar of the State of California, to which she was admitted in 1984, the bar of the State of Alaska, to which she was admitted in

1985, and the bars of the United States Courts of Appeals for the Ninth and Federal Circuits, and the United States District Courts for the Northern, Eastern, Central and Southern Districts of California, the United States District Court for the District of Colorado, and the United States District Court for the Eastern District of Texas. She has not been the subject of any disciplinary investigation, action or grievance procedure, is not currently disbarred in any court, and has not been denied admission to the courts of any state or any court of the United States. In support of this motion, attached hereto as Exhibit 1 is the Declaration of Rachael Krevans.

6.     Mr. Kreeger is a member in good standing of the bar of the State of California, to which he was admitted in 1991, and the bars of the United States Courts of Appeals for the Ninth and Federal Circuits, and the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California, and the United States District Court for the Northern District of Illinois. He has not been the subject of any disciplinary investigation, action or grievance procedure, is not currently disbarred in any court, and has not been denied admission to the courts of any state or any court of the United States. In support of this motion, attached hereto as Exhibit 2 is the Declaration of Matthew I. Kreeger.

WHEREFORE, it is respectfully requested that Rachel Krevans and Matthew I. Kreeger be permitted to participate in this matter *pro hac vice* pursuant to Local Rule 83.2(d).


Dated: June 25, 2007

RESPECTFULLY SUBMITTED,

_____
John P. Corrado (D.C. Bar No. 380948)
MORRISON & FOERSTER, LLP
2000 Pennsylvania Avenue, NW, Suite 5500
Washington, D.C. 20006-1888
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

Attorneys for Plaintiff
Novartis Vaccines and Diagnostics, Inc.

# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NOVARTIS VACCINES AND DIAGNOSTICS, INC.,**<br><br>                              **Plaintiff,**<br><br>    v.<br><br>**INSTITUT PASTEUR and CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE,**<br><br>                              **Defendant.** | Civil Action No. 1:07-cv-00034-RWR<br><br>**DECLARATION OF RACHEL KREVANS IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |

I, Rachel Krevans, hereby respectfully request to appear *pro hac vice* as counsel for Novartis Vaccines and Diagnostics, Inc. in the above-captioned matter. In support thereof, and after being duly sworn hereby, I make this declaration pursuant to Local Civil Rule 83.2(d), and state as follows:

1.      My full name is Rachel Krevans.

2.      I am an attorney practicing law at Morrison & Foerster, LLP, 425 Market Street, San Francisco, California, 94105. My office telephone number is (415) 268-7178.

3.      I am a member of the State Bars of California and Alaska, and the bars of the United States Court of Appeals for the Ninth and Federal Circuit, the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California, the District of Colorado, and the Eastern District of Texas.

4.      I have not been disciplined by any bar.

5.      I have not been admitted *pro hac vice* in this court within the last two years.

6.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 20, 2007 in San Francisco, California.

DATED:  June 20 2007.

RACHEL KREVANS (CA SBN 116421)
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA  94105
(415) 268-7178 (Telephone)
(415) 268-7522 (Facsimile)

dc-493020 v1

# Exhibit 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOVARTIS VACCINES AND DIAGNOSTICS, INC.,** | |
| **Plaintiff,** | Civil Action No. 1:07-cv-00034-RWR |
| **v.** | **DECLARATION OF MATTHEW I. KREEGER IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE** |
| **INSTITUT PASTEUR and CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE,** | |
| **Defendant.** | |

I, Matthew I. Kreeger, hereby respectfully request to appear *pro hac vice* as counsel for Novartis Vaccines and Diagnostics, Inc. in the above-captioned matter. In support thereof, and after being duly sworn hereby, I make this declaration pursuant to Local Civil Rule 83.2(d), and state as follows:

1.    My full name is Matthew I. Kreeger.

2.    I am an attorney practicing law at Morrison & Foerster, LLP, 425 Market Street, San Francisco, California, 94105. My office telephone number is (415) 268-6467.

3.    I am a member of the State Bar of California, the bars of the United States Court of Appeals for the Ninth and Federal Circuits, and the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California, and the Northern District of Illinois.

4.    I have not been disciplined by any bar.

5.    I have not been admitted *pro hac vice* in this Court within the last two years.

dc-493024 v1

6.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 15, 2007 in San Francisco, California.

DATED:  June 15, 2007.

MATTHEW I. KREEGER (CA SBN 153793)
MORRISON & FOERSTER, LLP
425 Market Street
San Francisco, CA  94105
(415) 268-6467 (Telephone)
(415) 268-7522 (Facsimile)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NOVARTIS VACCINES AND DIAGNOSTICS, INC.,**<br><br>                    **Plaintiff,**<br><br>  **v.**<br><br>**INSTITUT PASTEUR and CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE,**<br><br>                  **Defendant.** | Civil Action No. 1:07-cv-00034-RWR |

**[PROPOSED] ORDER**

Upon consideration of the Motions for Admission *Pro Hac Vice* of Rachel Krevans and

Matthew I. Kreeger, it is, this ____ day of _____, 2007, hereby ordered:

     1.     That the Motions for Admission *Pro Hac Vice* of Rachel Krevans and Matthew I.

Kreeger are GRANTED; and

     2.     That Rachel Krevans and Matthew I. Kreeger be permitted to represent Plaintiff

Novartis Vaccines and Diagnostics, Inc. in the above-captioned matter.

                  SO ORDERED:


                      _____

                      THE HONORABLE RICHARD W. ROBERTS
                      United States District Court Judge