UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC.<br>4560 Horton Street<br>Emeryville, California 94605,<br><br>                   Plaintiff,<br><br>      v.<br><br>INSTITUT PASTEUR<br>25-28 Rue du Docteur Roux<br>75724 Paris, France<br><br>and<br><br>CENTRE NATIONALE DE LA RECHERCHE<br>SCIENTIFIQUE<br>3 Rue Michel-Ange<br>75794 Paris, France,<br><br>                   Defendants. | Case No.1:07CV00034 (RWR) |

**MODIFIED SCHEDULING ORDER**

Upon consideration of the representations of the parties in their Joint Motion to Modify Scheduling Order Pursuant to Fed. R. Civ. P. 16(b), it is hereby

ORDERED that:

1. This case shall be submitted to the mediation program as of today's date, for a period of sixty (60) days. If the case has not been settled by then, the defendants shall have until November 29, 2007, to file their summary judgment motion regarding estoppel.

2. The following additional dates shall be modified from those set forth in the Court's May 31, 2007, Scheduling Order:

    (a)    Dispositive motions shall be due on April 11, 2008; and

    (b)    The post-discovery status conference shall be held on March 14, 2007. at 9:45 a.m.

3.    All other provisions of the Court's May 31, 2007, Scheduling Order shall remain in full force and effect.

IT IS SO ORDERED.

9/19/07
DATE

/s/ Richard W. Roberts
RICHARD W. ROBERTS
U.S. District Court Judge