AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|                    | ) |                |
|--------------------|---|----------------|
| Plaintiff(s)       | ) | **APPEARANCE** |
|                    | ) |                |
|                    | ) |                |
| vs.                | ) | CASE NUMBER    |
|                    | ) |                |
|                    | ) |                |
| Defendant(s)       | ) |                |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
(Attorney's Name)

case for:_____
(Name of party or parties)


_____          /Lara C. Kelley/
Date                                  Signature

                                      _____
                                      Print Name
_____
BAR IDENTIFICATION                    _____
                                      Address

                                      _____
                                      City         State      Zip Code

                                      _____
                                      Phone Number

                                      lara.kelley@finnegan.com