UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC. <br> 4560 Horton Street <br> Emeryville, California  94605, <br><br>      Plaintiff, <br><br>    v. <br><br> INSTITUT PASTEUR <br> 25-28 Rue du Docteur Roux <br> 75724 Paris, France <br><br> and <br><br> CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE <br> 3 Rue Michel-Ange <br> 75794 Paris, France, <br><br>      Defendants. | Case No.1:07CV00034 (RWR) |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

**I. INTRODUCTION**

  The Parties, Novartis Vaccines and Diagnostics, Inc. ("Novartis"), and Institut Pasteur and Centre Nationale de la Recherche ("Pasteur") jointly move this Court to modify its September 20, 2007, Scheduling Order.  The Parties respectfully request modification of the Order to allow the Parties an additional sixty (60) days to continue settlement discussions in an effort to resolve this case out of Court.

**II. FACTS IN SUPPORT OF MOTION**

  1. The Parties voluntarily submitted this case to the Court's mediation program, pursuant to the Court's May 31, 2007, Scheduling Order.  This case was to have been referred to

1

the Court's mediation program for a period of 60 days. The Court's subsequent Scheduling Order of September 20, 2007, extended the mediation period by 60 days at the request of the parties. Due to prior commitments, the mediator appointed to this case and the parties were unable to hold a first mediation session until November 7, 2007.

2.  The Parties met in the United States District Court House for the first mediation session. Representing Pasteur were three individuals from Pasteur's offices in Paris, France, and representing Novartis were five representatives from California. The individuals included business personnel and counsel for each of the Parties. The Court appointed mediator, Ms. Joan K. Lawrence, conducted the mediation session.

3.  The Parties discussed proposals for settling this case and procedures for terminating proceedings. The Parties reached an agreement during the mediation session on a framework for further settlement discussions. The Parties express their appreciation to the Court in arranging the mediation, and in particular to Ms. Lawrence, who facilitated the mediation in a professional and competent manner.

4.  The Parties agreed during the mediation session to meet in New York on November 29 and 30, 2007, to continue their settlement discussions. Pasteur will again be represented by personnel from Paris and Novartis by personnel from California.

5.  The Parties represent that they are interested in continuing their good faith negotiations towards settlement, through additional discussions, and the mediation process, if needed. Ms. Lawrence has generously offered to continue to assist the parties in reaching a settlement.

6.  The defendants are to file a summary judgment motion regarding their estoppel defense, on November 29, 2007. Modification of the Scheduling Order to allow the parties to

continue discussions for an additional sixty (60) days may lead to a settlement and make it unnecessary to file the summary judgment motion.

## III.  LEGAL ARGUMENT

Pursuant to Fed. R. Civ. P. 16(b), "a [scheduling] ]order] shall not be modified except upon a showing of good cause and by leave of the district judge."  Fed. R. Civ. P. 16(b); see also LCvR 16.4 ("The court may modify the scheduling order at any time upon a showing of good cause.").  This Court has noted that Rule 16(b)'s good cause standard "primarily considers the diligence of the party seeking the amendment.  The district court may [therefore] modify the pretrial schedule "if it cannot reasonably be met despite the diligence of the party seeking the extension.'"  *National R.R. Passenger Corp. v. Expresstrak, L.L.C.*, 2006 WL 2711533, *2 (D.D.C. September 21, 2006) (citations omitted).

The Court's Current Scheduling Order requires defendants to file their summary judgment motion regarding estoppel, on November 29, 2007.  In order to accommodate the Parties' desire to pursue settlement via additional discussions and the mediation process, the Parties jointly move for modification of the current Scheduling Order.  The parties further move for modification of the dates for expert discovery, dispositive motions, and the post-discovery status conference.  Specifically, the Parties jointly propose the following dates:

Defendants' summary judgment motion regarding estoppel:  Due January 28, 2008

Dispositive motions:  Due June 10, 2008

Post-discovery status conference:  May 13, 2008

The Parties respectfully submit that they have diligently complied with the Court's Scheduling Order.  The Parties further submit that, in view of this motion being a joint motion of the Parties, there is no possibility of prejudice to either Party.  Accordingly, the Parties

respectfully submit that good cause for modification of the September 20, 2007, Scheduling Order has been shown.

**IV.     CONCLUSION**

For the foregoing reasons, the Parties respectfully request that the September 20, 2007, Scheduling Order be modified as set forth above. A Proposed Order is enclosed herewith.

Dated:  Nov. 19, 2007                              Respectfully submitted,


By:  /s/ John P. Corrado
     John P. Corrado (D.C. Bar No. 380948)
     Morrison & Foerster LLP
     2000 Pennsylvania Avenue, N.W.,
     Suite 5500
     Washington, DC  20006-1888
     Phone:  (202) 887-1500

     Attorneys for Plaintiff

Dated:  Nov. 19, 2007


By:  /s/ Lara C. Kelley
     Lara C. Kelley (D.C. Bar No. 467837)
     Finnegan, Henderson, Farabow, Garrett &
     Dunner, L.L.P.
     901 New York Avenue, N.W.
     Washington, D.C.  20001-4413
     Phone:  (202) 408-4000
     Fax:      (202) 408-4400

     Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC.<br>4560 Horton Street<br>Emeryville, California  94605,<br><br>             Plaintiff,<br><br>      v.<br><br>INSTITUT PASTEUR<br>25-28 Rue du Docteur Roux<br>75724 Paris, France<br><br>and<br><br>CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE<br>3 Rue Michel-Ange<br>75794 Paris, France,<br><br>             Defendants. | Case No.1:07CV00034 (RWR) |

## [PROPOSED] MODIFIED SCHEDULING ORDER

Upon consideration of the representations of the parties in their Joint Motion to Modify Scheduling Order Pursuant to Fed. R. Civ. P. 16(b), it is hereby

ORDERED that:

1.      The mediation period previously set shall be extended for a period of sixty (60) days.  If the case has not been settled by then, the defendants shall have until January 28, 2008, to file their summary judgment motion regarding estoppel.

2.      The following additional dates shall be modified from those set forth in the Court's September 20, 2007, Scheduling Order:

    (a)      Dispositive motions shall be due on June 10, 2008; and

1

   (b)  The post-discovery status conference shall be held on May 13, 2008.

 3.  All other provisions of the Court's September 20, 2007, Scheduling Order shall remain in full force and effect.

 IT IS SO ORDERED.


_____       _____
DATE                             RICHARD W. ROBERTS
                                  U.S. District Court Judge

2

1482809_1.DOC