UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

NOVARTIS VACCINES AND DIAGNOSTICS, INC. )
4560 Horton Street )
Emeryville, California 94605, )
                              Plaintiff, )  Case No.1:07CV00034 (RWR)
                              v. )
INSTITUT PASTEUR )
25-28 Rue du Docteur Roux )
75724 Paris, France )
and )
CENTRE NATIONALE DE LA RECHERCHE )
SCIENTIFIQUE )
3 Rue Michel-Ange )
75794 Paris, France, )
                            Defendants. )

**FILED**
NOV 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MODIFIED SCHEDULING ORDER

Upon consideration of the representations of the parties in their Joint Motion to Modify Scheduling Order Pursuant to Fed. R. Civ. P. 16(b), it is hereby

ORDERED that:

1. The mediation period previously set shall be extended for a period of sixty (60) days. If the case has not been settled by then, the defendants shall have until January 28, 2008, to file their summary judgment motion regarding estoppel.

2. The following additional dates shall be modified from those set forth in the Court's September 20, 2007, Scheduling Order:

    (a) Dispositive motions shall be due on June 10, 2008; and

1

1482809_1.DOC

(b) The post-discovery status conference shall be held on May 13, 2008, at 9:15 a.m.

3. All other provisions of the Court's September 20, 2007, Scheduling Order shall remain in full force and effect.

IT IS SO ORDERED.

11/21/07
DATE

RICHARD W. ROBERTS
U.S. District Court Judge

1482809_1.DOC