IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INSTITUT PASTEUR and CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE, <br><br> Defendants. | No. 07-CV-00034 (RWR) |

**NOTICE OF RELATED CASE**

TO DEFENDANTS, THEIR ATTORNEYS OF RECORD, AND THE COURT:

Pursuant to Local Rule 40.5(b)(3), Plaintiff Novartis Vaccines and Diagnostics, Inc. ("Novartis") hereby informs the Court of the filing of a related case in this District.

On November 27, 2007, Novartis filed *Novartis Vaccines and Diagnostics, Inc. v. United States Dept. of Health & Human Services, et al.*, Case No. 1:07-CV-02138-RWR, which has also been assigned to this Court. Both the current suit and the new related Novartis suit are actions pursuant to 35 U.S.C. § 146 to review interference decisions of the Board of Patent Appeals and Interferences ("Board") of the United States Patent and Trademark Office. Both actions involve common issues of fact, grow out of the same event or transaction, and involve the validity of the same patent because they arise from related and previously consolidated interferences declared by the Board in 2005 between patent applications, which are owned by the Defendants in the two

sf-2428686

cases before the Court, and U.S. Patent No. 6,531,276 (issued March 11, 2003), which is owned by Novartis.

Dated: November 30, 2007 Respectfully submitted,

By: /s/ Matthew I. Kreeger
Rachel Krevans (*pro hac vice*)
Matthew I. Kreeger (*pro hac vice*)
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

John P. (Jack) Corrado, D.C. Bar No. 380948
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W., Suite 5500
Washington, DC 20006-1888
Telephone: (202) 887-1500
Attorneys for Plaintiff