UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

|  |  |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC.<br>4560 Horton Street<br>Emeryville, California 94605,<br><br>    Plaintiff,<br><br>    v.<br><br>INSTITUT PASTEUR<br>25-28 Rue du Docteur Roux<br>75724 Paris, France<br><br>and<br><br>CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE<br>3 Rue Michel-Ange<br>75794 Paris, France,<br><br>    Defendants. | Case No.1:07CV00034 (RWR) |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

**I. INTRODUCTION**

The Parties, Novartis Vaccines and Diagnostics, Inc. ("Novartis"), and Institut Pasteur and Centre Nationale de la Recherche ("Pasteur") jointly move this Court to modify its November 29, 2007, Scheduling Order. The Parties respectfully request modification of the Order to allow the Parties an additional sixty (60) days to continue settlement discussions in an effort to resolve this case out of Court.

**II. FACTS IN SUPPORT OF MOTION**

  1. The Parties voluntarily submitted this case to the Court's mediation program, pursuant to the Court's May 31, 2007, Scheduling Order.

1

2. On November 7, 2007, the Parties met in the United States District Court House for the first mediation session with the Court appointed mediator, Ms. Joan K. Lawrence. The Parties reached an agreement during the first mediation session on a framework for further settlement discussions.

3. At the request of the Parties, on November 29, 2007, the Court granted a Joint Motion to Modify the Scheduling Order in order to allow the parties additional time to discuss settlement. The Court's Scheduling Order of November 29, 2007, set a new deadline of January 28, 2008, for the defendants to file a summary judgment motion regarding their estoppel defense.

4. The Parties met for a second session in New York on November 29, 2007, to continue their settlement discussions. Pasteur was again represented by personnel from Paris and Novartis by personnel from California. During this second session, the Parties signed a Memorandum of Understanding.

5. The Parties conducted a third session by telephone on December 17, 2007. During the third session, the Parties divided responsibility for preparing settlement agreements.

6. The Parties represent that they are interested in continuing their good faith negotiations towards settlement, through additional discussions, and the mediation process, if needed. Ms. Lawrence has generously offered to continue to assist the parties in reaching a settlement.

7. The defendants are to file a summary judgment motion regarding their estoppel defense, on January 28, 2008. Modification of the Scheduling Order to allow the parties to continue discussions for an additional sixty (60) days may lead to a settlement and make it unnecessary to file the summary judgment motion.

**III.     LEGAL ARGUMENT**

Pursuant to Fed. R. Civ. P. 16(b), "a [scheduling] ]order] shall not be modified except upon a showing of good cause and by leave of the district judge." Fed. R. Civ. P. 16(b); see also LCvR 16.4 ("The court may modify the scheduling order at any time upon a showing of good cause."). This Court has noted that Rule 16(b)'s good cause standard "primarily considers the diligence of the party seeking the amendment. The district court may [therefore] modify the pretrial schedule "if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *National R.R. Passenger Corp. v. Expresstrak, L.L.C.*, 2006 WL 2711533, *2 (D.D.C. September 21, 2006) (citations omitted).

The Court's Current Scheduling Order requires defendants to file their summary judgment motion regarding estoppel, on January 28, 2008. In order to accommodate the Parties' desire to pursue settlement via additional discussions, the Parties jointly move for modification of the current Scheduling Order. The parties further move for modification of the dates for expert discovery, dispositive motions, and the post-discovery status conference. Specifically, the Parties jointly propose the following dates:

Defendants' summary judgment motion regarding estoppel:  Due March 21, 2008

Dispositive motions:  Due August 11, 2008

Post-discovery status conference:  July 14, 2008

The Parties respectfully submit that they have diligently complied with the Court's Scheduling Order. The Parties further submit that, in view of this motion being a joint motion of the Parties, there is no possibility of prejudice to either Party. Accordingly, the Parties respectfully submit that good cause for modification of the November 29, 2007, Scheduling Order has been shown.

## IV. CONCLUSION

For the foregoing reasons, the Parties respectfully request that the November 29, 2007, Scheduling Order be modified as set forth above. A Proposed Order is enclosed herewith.

Dated: January 24, 2008                  Respectfully submitted,

By: /s/ John P. Corrado
    John P. Corrado (D.C. Bar No. 380948)
    Morrison & Foerster LLP
    2000 Pennsylvania Avenue, N.W.,
    Suite 5500
    Washington, DC  20006-1888
    Phone:  (202) 887-1500

    Attorneys for Plaintiff

Dated: January 24, 2008

By: /s/ Lara C. Kelley
    Lara C. Kelley ((D.C. Bar No. 46787)
    Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
    901 New York Avenue, N.W.
    Washington, D.C.  20001-4413
    Phone:  (202) 408-4000
    Fax:     (202) 408-4400

    Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC.<br>4560 Horton Street<br>Emeryville, California  94605,<br><br>            Plaintiff,<br><br>      v.<br><br>INSTITUT PASTEUR<br>25-28 Rue du Docteur Roux<br>75724 Paris, France<br><br>and<br><br>CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE<br>3 Rue Michel-Ange<br>75794 Paris, France,<br><br>            Defendants. | Case No.1:07CV00034 (RWR) |

### [PROPOSED] MODIFIED SCHEDULING ORDER

Upon consideration of the representations of the parties in their Joint Motion to Modify Scheduling Order Pursuant to Fed. R. Civ. P. 16(b), it is hereby

ORDERED that:

1. The mediation period previously set shall be extended for a period of sixty (60) days. If the case has not been settled by then, the defendants shall have until March 21, 2008, to file their summary judgment motion regarding estoppel.

2. The following additional dates shall be modified from those set forth in the Court's November 29, 2007, Scheduling Order:

    (a) Dispositive motions shall be due on August 11, 2008; and

1

1522657_1

2

      (b)    The post-discovery status conference shall be held on July 14, 2008.

3.    All other provisions of the Court's November 29, 2007, Scheduling Order shall remain in full force and effect.

IT IS SO ORDERED.


_____         _____
DATE                                       RICHARD W. ROBERTS
                                            U.S. District Court Judge

1522657_1