IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INSTITUT PASTEUR, *et al.*,<br><br>Defendants. | Civil Case No. 07-00034 (RWR) |
| NOVARTIS VACCINES AND DIAGNOSTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Case No. 07-02138 (RWR) |
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>INSTITUT PASTEUR, *et al.*,<br><br>Defendants. | Civil Case No. 08-00161 (RWR) |

**JOINT STIPULATION TO CONSOLIDATE CASES**

On February 27, 2008, this Court issued an Order to Show Cause as to why the three above entitled cases should not be consolidated. In response, the parties jointly agree and stipulate to the consolidation of the three above entitled cases for all purposes.

The parties submit that Court-assisted mediation involving the NIH and the Institut Pasteur, and involving Novartis and the NIH, is unnecessary at this time due to ongoing settlement discussions between all three parties. Following the Court-ordered mediation session involving Novartis and the Institut Pasteur, all three parties met and entered into a Memorandum of Understanding. That Memorandum of Understanding included terms for settlement of the three pending actions. The parties have exchanged drafts of the various documents necessary to implement the terms of the Memorandum of Understanding and have had follow-up settlement conferences in order to move toward completing that documentation. The parties do not believe that further Court-ordered mediation is required under these circumstances.

Respectfully submitted,

Dated: March 7, 2008

By: /s/John P. Corrado
John P. (Jack) Corrado, D.C. Bar No. 380948
Morrison & Foerster LLP
2000 Pennsylvania Avenue, N.W., Ste. 5500
Telephone: (202) 887-1500

Attorney for Plaintiff Novartis Vaccines and Diagnostics, Inc.

Dated: March 7, 2008

Jeffrey A. Taylor
United States Attorney

Keith V. Morgan
Assistant United States Attorney
555 4th Street, N.W.
Room E4814
Washington, D.C. 20530

Jeffrey S. Bucholtz
Acting Assistant Attorney General

        John Fargo
        Director

By:  /s/Walter W. Brown_____
      Walter W. Brown
      Attorney
      Commercial Litigation Branch
      1100 L Street, N.W.
      Room 11128
      Washington, D.C.
      Telephone: (202) 307-0341
      Facsimile: (202) 307-0345
      E-mail: walter.brown2@usdoj.gov

      Attorneys for Plaintiff United States of
      America and Defendants United States
      Department of Health and Human Services and
      the National Institutes of Health

Dated: March 7, 2008      By:  /s/Lara C. Kelley_____
      Lara C. Kelley, D.C. Bar No. 467837
      Finnegan, Henderson, Farabow, Garrett &
      Dunner, L.L.P.
      901 New York Avenue, N.W.
      Washington, DC 20001-4403
      Phone: (202) 408-4000
      Fax: (202) 408-4400
      lara.kelley@finnegan.com

      Attorneys for Defendants Institut Pasteur and
      Centre Nationale de la Recherche Scientifique