## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC.<br>4560 Horton Street<br>Emeryville, California 94605,<br><br>              Plaintiff,<br><br>    v.<br><br>INSTITUT PASTEUR<br>25-28 Rue du Docteur Roux<br>75724 Paris, France<br><br>and<br><br>CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE<br>3 Rue Michel-Ange<br>75794 Paris, France,<br><br>              Defendants. | Case No.1:07CV00034 (RWR) |

**NOTICE OF WITHDRAWAL OF ATTORNEY**

Pursuant to Local Rule 83.6 of the Local Rules of the United States District Court of the District of Columbia, the appearance of Arie M. Michelsohn, D.C. Bar # 477275, is withdrawn on behalf of Defendant Institut Pasteur and Centre Nationale de la Recherche Scientifique because he has left the firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP.

Lara C. Kelley of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, has entered her appearance on behalf of Institut Pasteur and Centre Nationale de la Recherche Scientifique.

      Respectfully submitted,

INSTITUT PASTEUR AND CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE

By:   /s/ Lara C. Kelley

Lara C. Kelley, D.C. Bar #467837

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001-4403
Phone:  (202) 408-4000
Fax:  (202) 408-4400

Attorneys for Defendants

Dated:  March 25, 2008