UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-0034 (RWR) |
| INSTITUT PASTEUR et al., | ) ) ) | |
| Defendants. | ) ) | |
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-2138 (RWR) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |
| THE UNITED STATES OF AMERICA | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08-161 (RWR) |
| INSTITUT PASTEUR et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In light of the March 18, 2008 Minute Order consolidating the cases *Novartis Vaccines and Diagnostics, Inc. v. United*

- 2 -

*States Department of Health and Human Services*, Civil Action No. 07-2138, and *United States of America v. Institut Pasteur, et al.* Civil Action No. 08-161, with *Novartis Vaccines and Diagnostics, Inc. v. Institut Pasteur, et al*, Civil Action No. 07-34, it is hereby

ORDERED that the Clerk's Office ADMINISTRATIVELY CLOSE *Novartis Vaccines and Diagnostics, Inc. v. United States Department of Health and Human Services*, Civil Action No. 07-2138, and *United States of America v. Institut Pasteur, et al* Civil Action No. 08-161.  It is further

ORDERED that all filings with this Court henceforth be filed only under the case of *Novartis Vaccines and Diagnostics, Inc. v. Institut Pasteur, et al,*, Civil Action No. 07-34.


SIGNED this 25th day of April, 2008.

                                        _____/s/_____
                                        RICHARD W. ROBERTS
                                        United States District Judge