IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INSTITUT PASTEUR, *et al.*,<br><br>　　　　　Defendants. | Civil Case No. 07-00034 (RWR) |
| NOVARTIS VACCINES AND DIAGNOSTICS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　　Defendants. | |
| THE UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INSTITUT PASTEUR, *et al.*,<br><br>　　　　　Defendants. | |

**JOINT STATUS REPORT**

　　On March 19, 2008, this Court ordered the consolidation of the above-captioned three cases pursuant to a joint stipulation of Novartis, the Institut Pasteur, and the United States Department of Health and Human Services and the National Institutes of Health. The three cases

sf-2521848

were consolidated under Case No. 1:07-cv-00034. On March 28, 2008, the three parties to the consolidated cases submitted a joint status report that summarized their efforts at resolving this case, noting (among other things), that the parties had signed a memorandum of understanding in November 2007. Upon receiving the parties' March 28, 2008, Joint Status Report, the Court vacated its previously scheduled May 13 status conference and directed the parties to file an updated joint status report on May 28, 2008.

Since the parties' March 28 Joint Status Report, the parties have continued to negotiate a final agreement. The parties have had several in-person and telephone conference call meetings, and have exchanged numerous drafts of the final settlement agreements. While important issues need to be resolved, all of the parties wish to continue these negotiations during the next month. Accordingly, the parties request that the Court order an additional joint status report for June 27, 2008. At that time, the parties will inform the Court of the status of these negotiations and, if necessary, propose a litigation schedule.

sf-2521848

Respectfully submitted,

Dated: May 28, 2008            By:  /s/ Matthew I. Kreeger_____
    Rachel Krevans (*pro hac vice*)
    rkrevans@mofo.com
    Matthew I. Kreeger (*pro hac vice*)
    mkreeger@mofo.com
    Morrison & Foerster LLP
    425 Market Street
    San Francisco, CA 94105
    Telephone: (415) 268-7000
    Facsimile: (415) 268-7522

    John P. Corrado, D.C. Bar No. 380948
    jcorrado@mofo.com
    Morrison & Foerster LLP
    2000 Pennsylvania Avenue, N.W., Ste. 5500
    Telephone: (202) 887-1500

    Attorneys for Plaintiff Novartis Vaccines and
    Diagnostics, Inc.

Dated:  May 28, 2008            Jeffrey A. Taylor
    United States Attorney

    Keith V. Morgan
    Assistant United States Attorney
    555 4th Street, N.W.
    Room E4814
    Washington, D.C. 20530

    Gregory G. Katsas
    Acting Assistant Attorney General

    John Fargo
    Director

    By:  /s/ Walter W. Brown_____
    Walter W. Brown
    Attorney
    Commercial Litigation Branch
    1100 L Street, N.W.
    Room 11128
    Washington, D.C.

                    Telephone: (202) 307-0341
                    Facsimile: (202) 307-0345
                    E-mail: walter.brown2@usdoj.gov

                    Attorneys for Plaintiff United States of America and Defendants United States Department of Health and Human Services and the National Institutes of Health

Dated: May 28, 2008

              By: /s/ Lara C. Kelley
                    Lara C. Kelley, D.C. Bar No. 467837
                    Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
                    901 New York Avenue, N.W.
                    Washington, DC 20001-4403
                    Phone: (202) 408-4000
                    Fax: (202) 408-4400
                    lara.kelley@finnegan.com

                    Attorneys for Defendants Institut Pasteur and Centre Nationale de la Recherche Scientifique

sf-2521848