IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INSTITUT PASTEUR, *et al.*, <br><br> Defendants. | Civil Case No. 07-00034 (RWR) |
| NOVARTIS VACCINES AND DIAGNOSTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Case No. 07-02138 (RWR) |
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> INSTITUT PASTEUR, *et al.*, <br><br> Defendants. | Civil Case No. 08-00161 (RWR) |

# **JOINT STATUS REPORT**

On May 28, 2008, the parties filed a Joint Status Report informing the Court that the

parties wished to continue negotiating toward a settlement agreement, and that if settlement was

sf-2538696

not reached by June 27, 2008, the parties would propose a litigation schedule. On June 20, 2008, this Court ordered the parties to file a joint status report by June 27, 2008.

Since the parties' May 28 Joint Status Report, the parties have continued discussions but have been unable to resolve various important issues. At this time, the parties wish to proceed with litigation.

In proposing a litigation schedule, the parties note that before the above-captioned three cases were consolidated, Novartis and Institut Pasteur et al. ("Pasteur") filed a Joint Rule 16.3 Statement on May 18, 2007, in which they agreed that at the outset of the case, Pasteur would seek summary judgment on their estoppel defense, with discovery between Novartis and Pasteur postponed until resolution of the estoppel issue.

The Court held an initial scheduling conference on May 25, 2007, and issued a Scheduling Order on May 31, 2007. The Scheduling Order referred the case to the mediation program and set deadlines for Pasteur's summary judgment motion against Novartis regarding the estoppel defense, as well as deadlines for expert witness, rebuttal expert witness designations, dispositive motions and a post-discovery status conference.

The parties propose the following schedule for proceeding with this consolidated action. The parties agree to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

(1)     Pasteur's summary judgment motion on estoppel defense against Novartis: **September 5, 2008**

(2)     Novartis's opposition to Pasteur's summary judgment motion on estoppel defense against Novartis: **September 26, 2008**

sf-2538696

3

(3)     Pasteur's reply in support of summary judgment motion on estoppel defense against Novartis: **October 10, 2008**

(4)     Decision on Pasteur's summary judgment motion on estoppel defense

(5)     Joint Status Report submitted 14 days following (4) discussing remaining issues for resolution and any further recommended procedures

(6)     Discovery commences:  30 days following (4), with completion of fact discovery: **180 days following (4)**

(7)     Service of expert witness reports on issues for which each party bears the burden of proof at trial: **30 days following (6)**

(8)     Service of rebuttal expert witness reports: **60 days following (6)**

(9)     Completion of expert discovery: **120 days following (6)**

(10)    Post-discovery status conference: **120-150 days following (6)**

(11)    Dispositive motions: **180 days following (6)**


        Respectfully submitted,

Dated: June 27, 2008	By:	/s/ Matthew I. Kreeger_____
		Rachel Krevans (*pro hac vice*)
		Matthew I. Kreeger (*pro hac vice*)
		Morrison & Foerster LLP
		425 Market Street
		San Francisco, CA 94105
		Telephone: (415) 268-7000
		Facsimile: (415) 268-7522
		E-mail: mkreeger@mofo.com

		/s/ John P. Corrado_____
		John P. (Jack) Corrado, D.C. Bar No. 380948
		Morrison & Foerster LLP
		2000 Pennsylvania Avenue, N.W., Ste. 5500
		Telephone: (202) 887-1500
		Facsimile: (202) 887-0763
		E-mail: jcorrado@mofo.com

		Attorneys for Plaintiff Novartis Vaccines and Diagnostics, Inc.

Dated:  June 27, 2008		Jeffrey A. Taylor
		United States Attorney

		Keith V. Morgan
		Assistant United States Attorney
		555 4th Street, N.W.
		Room E4814
		Washington, D.C. 20530

		Gregory G. Katsas
		Acting Assistant Attorney General

		John Fargo
		Director

	By:	/s/ Walter W. Brown_____
		Walter W. Brown
		Attorney
		Commercial Litigation Branch
		1100 L Street, N.W.
		Room 11128
		Washington, D.C.

4

sf-2538696

                    Telephone: (202) 307-0341
                    Facsimile: (202) 307-0345
                    E-mail: walter.brown2@usdoj.gov

Attorneys for Plaintiff United States of America and Defendants United States Department of Health and Human Services and the National Institutes of Health

Dated: June 27, 2008     By: /s/ Lara C. Kelley

Lara C. Kelley, D.C. Bar No. 467837
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4403
Telephone: (202) 408-4000
Facsimile: (202) 408-4400
E-mail: lara.kelley@finnegan.com

Attorneys for Defendants Institut Pasteur and Centre Nationale de la Recherche Scientifique