A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

|  |  |  |
|---|---|---|
|  | ) |  |
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of _____ as counsel in this
                                       (Attorney's Name)

case for:_____
                              (Name of party or parties)

| | |
|---|---|
| _____ | /Thomas H. Jenkins/ |
| Date | Signature |
|  | _____ |
|  | Print Name |
| _____ | _____ |
| BAR IDENTIFICATION | Address |
|  | _____ |
|  | City    State    Zip Code |
|  | _____ |
|  | Phone Number |
|  | tom.jenkins@finnegan.com |