```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                            )
NOVARTIS VACCINES AND       )
DIAGNOSTICS, INC.,          )
                            )
         Plaintiff,         )
                            )
         v.                 )   Civil Action No. 07-0034 (RWR)
                            )
INSTITUT PASTEUR et al.,    )
                            )
         Defendants.        )
_____)
                            )
NOVARTIS VACCINES AND       )
DIAGNOSTICS, INC.,          )
                            )
         Plaintiff,         )
                            )
         v.                 )   Civil Action No. 07-2138 (RWR)
                            )
UNITED STATES DEPARTMENT OF )
HEALTH AND HUMAN SERVICES   )
et al.,                     )
                            )
         Defendants.        )
_____)
                            )
THE UNITED STATES OF AMERICA)
                            )
         Plaintiff,         )
                            )
         v.                 )   Civil Action No. 08-161 (RWR)
                            )
INSTITUT PASTEUR et al.,    )
                            )
         Defendants.        )
_____)
```

### SUPPLEMENTAL SCHEDULING ORDER

Upon consideration of the representations made by the parties in their June 27, 2008 status report, it is hereby

- 2 -

ORDERED that this case shall proceed on the following schedule:

| | |
|---|---|
| Pasteur's motion for summary judgment against Novartis regarding estoppel | September 5, 2008 |
| Novartis's opposition | September 26, 2008 |
| Pasteur's reply | October 10, 2008 |
| Joint status report | 14 days after decision on Pasteur's motion |
| Fact discovery begins | 30 days after decision on Pasteur's motion |
| Fact discovery closes | 180 days after decision on Pasteur's motion |
| Service of proponent's expert reports | 30 days after the close of fact discovery |
| Service of rebuttal expert reports | 60 days after the close of fact discovery |
| Expert discovery closes | 120 days after the close of fact discovery |
| Joint status report suggesting dates for post-discovery status conference | 130 days after the close of fact discovery |

- 3 -

SIGNED this 29th day of July, 2008.

                                     /s/
                               RICHARD W. ROBERTS
                               United States District Judge