UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC.<br>4560 Horton Street<br>Emeryville, California 94605,<br><br>    Plaintiff,<br><br>  v.<br><br>INSTITUT PASTEUR<br>25-28 Rue du Docteur Roux<br>75724 Paris, France<br><br>and<br><br>CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE<br>3 Rue Michel-Ange<br>75794 Paris, France,<br><br>    Defendants. | Case No.1:07CV00034 (RWR) |

**DEFENDANTS' UNOPPOSED MOTION PURSUANT TO 35 U.S.C. § 146 TO ADMIT THE RECORD OF THE PATENT AND TRADEMARK OFFICE FROM INTERFERENCE NO. 105,289**

**I. INTRODUCTION**

The Defendants, Institut Pasteur and Centre Nationale de la Recherche Scientifique ("Pasteur"), move this Court to admit the record of the U.S. Patent and Trademark Office from Interference No. 105,289 into this case pursuant to 35 U.S.C. § 146. Defendants' counsel have contacted Plaintiff's counsel of record and understand that Plaintiff does not oppose this motion.

**II. FACTS IN SUPPORT OF MOTION**

1. This case involves an appeal under 35 U.S.C. § 146 by Plaintiff Novartis Vaccines and Diagnostics, Inc. ("Novartis") from the Decision and Judgment of the United

States Patent and Trademark Office Board of Patent Appeals and Interferences ("Board") on December 4, 2006, in Patent Interference No. 105,289 ("the '289 Interference").

    2.    35 U.S.C. § 146 provides in relevant part:

> In such suits the record in the Patent and Trademark Office shall be admitted on motion of either party upon the terms and conditions as to costs, expenses, and the further cross-examination of the witnesses as the court imposes, without prejudice to the right of the parties to take further testimony. The testimony and exhibits of the record in the Patent and Trademark Office when admitted shall have the same effect as if originally taken and produced in the suit.

    3.    The record to be submitted includes the parties' motions and supporting briefs and exhibits, other papers, notices, and orders from the '289 Interference, and transcripts of hearings before the Board in the '289 Interference.

    4.    On September 4, 2008, Defendants' counsel of record contacted Plaintiff's counsel of record about this motion. Plaintiff's counsel represented that Plaintiff does not oppose this motion.

## III.    LEGAL ARGUMENT

Pursuant to 35 U.S.C. § 146, "the record in the Patent and Trademark Office shall be admitted on motion of either party upon the terms and conditions as to costs, expenses, and the further cross-examination of the witnesses as the court imposes, without prejudice to the right of the parties to take further testimony." Here, the Defendants move for admission of the record of the '289 Interference into evidence in this § 146 action. Specifically, Defendants respectfully request that the parties' motions and supporting briefs and exhibits, other papers, notices, and orders from the '289 Interference, and transcripts of hearings before the Board in the '289 Interference, all be admitted pursuant to this motion under 35 U.S.C. § 146. Once admitted, Defendants note that the statute further provides that "[t]he testimony and exhibits of the record in the Patent and Trademark Office when admitted shall have the same effect as if originally

taken and produced in the suit." Defendants understand that Plaintiff does not oppose this motion.

Defendants respectfully submit that they have complied with the statute in moving for admission of the record of the '289 Interference in this § 146 action. Defendants respectfully request that the Court notify the parties if a physical copy of the record should be filed with the Court.

## IV.   CONCLUSION

For the foregoing reasons, the Defendants respectfully request that this unopposed motion be granted such that the record of the Patent and Trademark Office in Interference No. 105,289 be admitted into evidence in this case. A Proposed Order is enclosed herewith.

Dated:                                          By:   /s/ Thomas H. Jenkins
                                                Thomas H. Jenkins (D.C. Bar No. 382754)
                                                Lara C. Kelley (D.C. Bar No. 467837)
                                                Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
                                                901 New York Avenue, N.W.
                                                Washington, D.C.  20001-4413
                                                Phone: (202) 408-4000
                                                Fax:    (202) 408-4400

                                                Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NOVARTIS VACCINES AND DIAGNOSTICS, INC.<br>4560 Horton Street<br>Emeryville, California  94605,<br><br>                    Plaintiff,<br><br>        v.<br><br>INSTITUT PASTEUR<br>25-28 Rue du Docteur Roux<br>75724 Paris, France<br><br>and<br><br>CENTRE NATIONALE DE LA RECHERCHE SCIENTIFIQUE<br>3 Rue Michel-Ange<br>75794 Paris, France,<br><br>                    Defendants. | Case No.1:07CV00034 (RWR) |

**[Proposed] ORDER**

Upon consideration of Defendants' Unopposed Motion Pursuant to 35 U.S.C. § 146 to Admit the Record of the U.S. Patent and Trademark Office from Interference No. 105,289, it is hereby

ORDERED that:

Pursuant to 35 U.S.C. §146, the record from Patent Interference No. 105,289 shall be admitted into evidence in this case, and the testimony and exhibits of the record in the Patent and Trademark Office shall have the same effect as if originally taken and produced in this case.

FOR THE COURT:

_____          _____
DATE                                                                      RICHARD W. ROBERTS
                                                                                   U.S. District Court Judge